UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: POLICY OF INSURANCE NO. | § | |
| 2518256 BY AND BETWEEN SENTRY | § | |
| SELECT INSURANCE COMPANY, | § | CIVIL ACTION NO. 5:22-cv-371 |
| INSURER and MOTOR IMPORTS LTD. | § | |

## NOTICE OF REMOVAL

Defendant, Sentry Select Insurance Company ("Sentry") hereby files this Notice of the Removal of this case from the 198th Judicial District Court of Kerr County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. § 1441 and 1446(b) and would show the Court as follows:

1.

Sentry has been sued by Motor Imports Ltd. ("Motor Imports") in Cause No. 2299B, entitled "In Re: Policy of Insurance No. 2518256 By And Between Sentry Select Insurance Company, Insurer and Motor Imports Ltd.", currently pending in the 198th Judicial District Court of Kerr County, Texas. That lawsuit was originally filed on February 16, 2022 in the 198th Judicial District Court of Kerr County, Texas.

2.

Sentry first received notice of Motor Imports' lawsuit on March 24, 2022, when Sentry was served with Motor Imports' lawsuit by service on Sentry's registered agent for service of process. Sentry is filing this notice within thirty days of that date, making this removal timely under 28 U.S.C. § 1446(b).

3.

At the date of commencement of this action and at all pertinent times, Sentry is a citizen of

the State of Wisconsin, being an insurance company incorporated in the State of Wisconsin and having its principal place of business in the State of Wisconsin.

4.

Motor Imports Ltd. is a citizen of the State of Texas, being a limited liability partnership formed under the laws of the State of Texas, whose general partner, Manchester Financial Holdings, L.L.C. is a citizen of the State of Texas, being a limited liability company formed under the laws of the State of Texas and having its principal place of business in the State of Texas, and whose other partners are not citizens of the State of Wisconsin, which is the state of citizenship of Sentry.

5.

Sentry would show that after a diligent search, including of all filings made with the Texas Secretary of State, the limited partners of Motor Imports have not been able to be identified. Despite this, Sentry can safely assert that Motor Imports is not a citizen of the State of Wisconsin, as no partner of Motor Imports is a citizen of the State of Wisconsin. Since no partner of Motor Imports is a citizen of the State of Wisconsin, which is the state of citizenship of Sentry, complete diversity of citizenship exists in this matter as between Sentry and Motor Imports.

6.

As to Manchester Financial Holdings, L.L.C., it is a citizen of the State of Texas, as its only member, Charles T. Barrett, Jr., is a citizen of the State of Texas, being an individual residing in and domiciled in the State of Texas. Thus, complete diversity of citizenship exists between Sentry and Manchester Financial Holdings, L.L.C.

7.

This action may be removed to this Court by Sentry, pursuant to 28 U.S.C. § 1332 and 28

U.S.C. § 1441, it being a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as between citizens of different states.  The amount in controversy requirement is easily satisfied by Exhibits E and F to Motor Imports' Petition, which show Motor Imports' insurance claim to Sentry that is in dispute  is well in excess of $75,000, thereby satisfying the amount in controversy required for diversity jurisdiction.

8.

The attorneys involved in the case are as follows:

| | |
|---|---|
| Mr. Thomas D. Jones | Mr. Russell J. Bowman |
| Texas State Bar No. 10959300 | Texas State Bar No. 02751550 |
| 608 Broadway | 800 West Airport Freeway, Suite 860 |
| San Antonio, Texas 78205 | Irving, Texas 75062 |
| (210) 736-9600 | (214) 922-0220 |
| (210) 735-0200 (Fax) | (214) 922-0225 (Fax) |
| E-Mail:  lotjlaw@tdjones.com | E-Mail: russelljbowman@sbcglobal.net |
| Attorney for Motor Imports Ltd. | Attorney for Sentry Select Insurance Company |

9.

Copies of all the pleadings which have been filed or served in this action to date, and which are attached as Exhibits "A" - "B" include the following:

    a.     Motor Imports' Application for the Appointment of an Umpire; and

    b.     Citation served on Sentry.

To the best of Sentry's knowledge, no other pleading, process or order has been filed or served in the state court lawsuit referred to above.

Wherefore, Sentry Select Insurance Company, prays that this action be removed to this Court from the 198th Judicial District Court of Kerr County, Texas and for such further proceedings as may be necessary.

Respectfully submitted,


/S/Russell J. Bowman
Russell J. Bowman
Texas State Bar No. 02751550
800 West Airport Freeway, Suite 860
Irving, Texas 75062
(214) 922-0220
(214) 922-0225 (FAX)
E-Mail: russelljbowman@sbcglobal.net
ATTORNEY FOR DEFENDANT

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on April 17, 2022, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Western District of Texas, using the electronic case filing system of the court.

I hereby certify that I have served a true and correct copy of the foregoing document on all counsel of record, as indicated below, on this the 17th day of April, 2022:

Mr. Thomas D. Jones                          VIA E-MAIL:  lotjlaw@tdjones.com
608 Broadway
San Antonio, Texas 78205


/S/Russell J. Bowman
Russell J. Bowman

EXHIBIT A

Filed 2/16/2022 6:26 PM
Dawn Kay Lantz
District Clerk - Kerr County, TX
By: Jessica Salinas, Deputy

CAUSE NO. _____ 2299B

|  |  |  |
|---|---|---|
| IN RE: POLICY OF INSURANCE NO. | § | IN THE DISTRICT COURT |
| 2518256 BY AND BETWEEN SENTRY | § |  |
| SELECT INSURANCE COMPANY, | § | 198th  JUDICIAL DISTRICT |
| INSURER and MOTOR IMPORTS LTD. | § |  |
|  | § | KERR COUNTY, TEXAS |

## APPLICATION FOR THE APPOINTMENT OF AN UMPIRE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, MOTOR IMPORTS LTD., (INSURED) and moves for the appointment of a competent and disinterested umpire in connection with the appraisal of INSURED's insurance claim number 57F136724 SENTRY SELECT INSURANCE COMPANY, hereinafter referred to as the "INSURANCE COMPANY" pursuant to insurance policy number 2518256 with a date of loss on or about 03/24/2021, issued by SENTRY SELECT INSURANCE COMPANY, and would show the Court as follows:

### I.
### PARTIES AND SERVICE

INSURED is the insured under that certain policy of insurance numbered 2518256. A true and correct copy of which is attached hereto as Exhibit "A". INSURED has appointed Mr. Mickey L. Jones, as its adjuster associated with this claim.

INSURANCE COMPANY is the insurance provider for the policy of insurance numbered 2518256 and, may be served with process herein by service upon its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-4284.

## II.
## JURISDICTION AND VENUE

This Court has jurisdiction of this Application pursuant to Texas Constitution Article V, §8. Venue is proper in Kerr County, Texas pursuant to Texas Civil Practices & Remedies Code §15.002(a)(1) in that all or a substantial part of the events giving rise to the claim made the basis of this Application occurred in Kerr County, Texas.

## III.
## INTRODUCTION

INSURED is insured by INSURANCE COMPANY under insurance policy number 2518256 (the POLICY). INSURED is the owner of certain buildings and facilities located at 32120 IH 10 West, Boerne, Texas 78006, as shown on Exhibit "B", attached hereto (collectively, the PROPERTY).

INSURED suffered a loss on or about 03/24/2021, to the PROPERTY. INSURED filed a claim number 57F136724 pursuant to the POLICY, in connection with the damage to the PROPERTY.

INSURED maintains that the buildings were damaged to the extent that they require major repair and/or replacement as a result of the damage to the property. In response, INSURANCE COMPANY engaged an adjuster to investigate the extent to which such buildings may have been damaged and to opine on those damages. It is INSURANCE COMPANY'S position that the buildings have been damaged but not to the extent claimed by INSURED.

INSURED and INSURANCE COMPANY disagree on the value of the damage to the buildings on the PROPERTY. Pursuant to the Commercial Property Coverage Form of the Policy,

a true and correct copy of which is attached hereto as Exhibit "C", the policy provides and the parties agreed:

> "If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand. The two appraisers will select an umpire. If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction."

See Exhibit "C", Page 10 of 16, attached hereto.

By letter dated August 2, 2021, INSURED timely demanded an appraisal pursuant to the above provisions and provided its claim of loss and demand for payment, a true and correct copy of same is attached hereto as Exhibit "D".

INSURED appointed Mr. Micky L. Jones, as its appraiser pursuant to the appraisal requirements of the POLICY. (See a true and correct copy of same attached hereto as Exhibit "D".)

INSURED by letter dated August 2, 2021, made a demand for Indemnification under the policy provisions. Furthermore, INSURED gave notice of the policy provisions concerning a dispute and demand for appraisal. Additionally INSURED gave notice of the policy provisions concerning estimate, demand for appraisal and the time provisions concerning Apprisal and request for an Appointment for an Umpire by a Judge of competent jurisdiction. See Exhibit "D", a true and correct copy of same is attached hereto.

INSURED by letter dated August 23, 2021, informed INSURANCE COMPANY of INSURANCE COMPANY's Receipt of the Insured Estimate and Insured Request for Appraisal. (See a true and correct copy of same attached hereto as Exhibit "E").

More than fifteen (15) days have passed and the parties' appraisers have failed to agree upon an umpire.

All conditions precedent to the appointment of an umpire have occurred. According to the terms of the POLICY, no hearing is required for the appointment of an umpire.

Therefore, INSURED respectfully requests that the Court appoint a competent and disinterested person as umpire pursuant to the POLICY.

IV
PRAYER

WHEREFORE, PREMISES CONSIDERED, INSURED respectfully asks the Court to appoint an umpire for the appraisal pursuant to the POLICY, and for such further relief, at law or in equity, to which the Applicant is justly and further entitled.

Respectfully submitted,

LAW OFFICES OF THOMAS D. JONES, P.C.
608 Broadway
San Antonio, Texas 78215
Tele:  210-736-9600
Fax:  210-735-0200
Em:  lotjlaw@tdjones.com

By: _____
THOMAS D. JONES
State Bar No. 10959300

ATTORNEY MOTOR IMPORTS LTD.

C:\My Files\Tom\Tyril, Jack~\2021-2022 UMPIRE DOCS\MOTOR IMPORTS, LTD\s6 Application for the Appointment of an Umpire for MOTOR IMPORTS.wpd

# Exhibit "A"

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section H. Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, A.1., and limited in A.2. Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

a. **Building**, meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b. **Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

A0109101
Middlesex Insurance Company

© Insurance Services Office, Inc., 2011

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

c. Personal Property Of Others that is:

(1) In your care, custody or control; and

(2) Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. Property Not Covered

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, n., does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

3. Covered Causes Of Loss

See applicable Causes Of Loss form as shown in the Declarations.

4. Additional Coverages

a. Debris Removal

(1) Subject to Paragraphs (2), (3) and (4), we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Remove debris of property of yours, that is not insured under this policy, or property in your possession that is not Covered Property;

(b) Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

(c) Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

(d) Remove property of others of a type that would not be Covered Property under this Coverage Form;

(e) Remove deposits of mud or earth from the grounds of the described premises;

(f) Extract "pollutants" from land or water; or

(g) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

(4) We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

A0109101
Middlesex Insurance Company
00000 0000000000 19152 0 N     1ce5317c-77cb-4f3e-8b3c-82901bc18ab

© Insurance Services Office, Inc., 2011

Therefore, if (4)(a) and/or (4)(b) applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph (4), because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph (4). Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

© Insurance Services Office, Inc., 2011

**d.  Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described , premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to: costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each, separate 12-month period of this policy.

**e.  Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e.(3) through e.(9) of this Additional Coverage.

(3) The ordinance or law referred to in e.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

CP 00 10 10 12
A0109101
Middlesex Insurance Company
5°  00068 0002000000 19352 0 N                © Insurance Services Office, Inc., 2011                7ca8437c-778b-43a-fb3a-825f31be18ab

Page 5 of 16
12/18/2019

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in e.(6) of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

(1) Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

(2) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

(a) If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(b) If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

(c) If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

A0109101
Middlesex Insurance Company
© Insurance Services Office, Inc., 2011

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss of damage sustained in any one policy year, regardless of the number of occurrences of loss or damage, or the number of premises, locations, or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. Newly Acquired Or Constructed Property

(1) Buildings

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

(ii) Business personal property, including such property that you newly acquire, at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) **Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

A0109101
Middlesex Insurance Company
7   00008 0000000000 19352 0 N
fcb8437c-77eb-4f0e-9b3c-8f25f31bc1ee6

b. **Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on Valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(3) If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

d. **Property Off-premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

e. **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

f. Non-owned Detached Trailers

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

g. Business Personal Property Temporarily In Portable Storage Units

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

(a) Will end 90 days after the business personal property has been placed in the storage unit.

(b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

B. Exclusions And Limitations

See applicable Causes Of Loss form as shown in the Declarations.

C. Limits Of Insurance

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

A0109101
Middlesex Insurance Company
9: 00008 000600000 15352 0 N
1ca8437c-77ab-4f36-9b3a-825l31bc18ab
12/18/2019

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;
2. Pollutant Clean-up And Removal;
3. Increased Cost Of Construction; and
4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as: loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance - Building 1: | $ 60,000 |
| Limit of Insurance - Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

```
  $ 60,100
 –     250
  $ 59,850 Loss Payable - Building 1
```

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:
$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable - Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

1. **Abandonment**

There can be no abandonment of any property to us.

2. **Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken.

© Insurance Services Office, Inc., 2011

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. Loss Payment

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like, kind and quality, subject to b. below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

CP 00 10 10 12
A0109101
Middlesex Insurance Company
1E 00008 000000000 110352 6 N        1cs6437c77cb4f3e0b3e825f31bc18eb

©Insurance Services Office, Inc., 2011

Page 11 of 16
12/18/2019

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. **Vacancy**

a. **Description Of Terms:**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations;

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations;

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in b.(1)(a) through b.(1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

7. **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in b., c., d. and e. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

© Insurance Services Office, Inc., 2011

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

### Example 1 (Underinsurance)

| When: | | |
|---|---|---|
| The value of the property is: | $ | 250,000 |
| The Coinsurance percentage for it is: | | 80% |
| The Limit of Insurance for it is: | $ | 100,000 |
| The Deductible is: | $ | 250 |
| The amount of loss is: | $ | 40,000 |

Step (1): $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

### Example 2 (Adequate Insurance)

| When: | | |
|---|---|---|
| The value of the property is: | $ | 250,000 |
| The Coinsurance percentage for it is: | | 80% |
| The Limit of Insurance for it is: | $ | 200,000 |
| The Deductible is: | $ | 250 |
| The amount of loss is: | $ | 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

CP 00 10 10 12
A0109101
Middlesex Insurance Company
13  00008 0000000000 19352 0 N
1ca8437c-77cb-41c6-9b3c-82531bc18ab7

© Insurance Services Office, Inc., 2011

Page 13 of 16
12/18/2019

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When: The value of the property is:

| | |
|---|---|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $ 100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $ 250,000 |

| | |
|---|---|
| The Coinsurance percentage for it is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ 180,000 |
| The Deductible is: | $ 1,000 |

The amount of loss is:

| | |
|---|---|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step (1): $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12
12/18/2019

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

a. The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If: The applicable Limit of Insurance is:   $100,000

The annual percentage increase is:   8%

The number of days since the beginning of the policy year (or last policy change) is:   146

The amount of increase is: $100,000 x .08 x 146 ÷ 365 =   $   3,200

**3. Replacement Cost**

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in d.(1) and d.(2) above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

e. We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject to f. below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in e.(2) above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

A010910T
Middlesex Insurance Company
15 00098 000000009 19353 0 N          1ca843fc-77cb-40ce-9b3c-825f31bc1feb          12/18/2019

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph 3.b.(1) of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

b. With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Page 16 of 16
A0100101
Middlesex Insurance Company.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12
12/18/2019

# Exhibit "B"

**Sentry**

POLICY NUMBER: 2518256002

# COMMERCIAL PROPERTY COVERAGE DECLARATIONS

| | |
|---|---|
| Sentry Select Insurance Company<br>(A Participating Stock Company)<br>A member of the Sentry Insurance Group<br>1800 North Point Drive<br>Stevens Point, WI 54481 | Producer<br><br>James Scribner<br>10000345<br>210-473-4254 |

**POLICY INFORMATION**
First Named Insured:   Motor Imports Ltd.
Address:                      32120 Ih 10 W
                                   PO Box 2441
                                   Boerne, TX 78006-1400

The Commercial Property Coverage applies from 07/01/2020 to 07/01/2021 at 12:01 A.M. Standard Time at the First Named Insured's mailing address shown above.

**Additional Interests**
The persons or organizations listed as Additional Interests, in the Additional Interests Supplemental Schedule, are included as loss payees, lenders loss payees, mortgagees, or additional insureds, but only for the coverages and to the extent of their interest as indicated.

**Applicable Forms And Endorsements**
In addition to the common policy forms and endorsements, the following forms and endorsements apply to the Commercial Property Coverage:

| Form/Endorsement<br>Number and Edition Date | Form/Endorsement Title |
|---|---|
| 80 579 P 01 20 | Notice To Policyholders Potential Restrictions Of Terrorism Coverage |
| CP 00 10 10 12 | Building And Personal Property Coverage Form |
| CP 00 30 10 12 | Business Income (And Extra Expense) Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 40 07 06 | Exclusion Of Loss Due To Virus Or Bacteria |
| CP 01 42 03 12 | Texas Changes |
| CP 10 30 10 12 | Causes Of Loss - Special Form |
| CP 10 36 10 12 | Limitations On Coverage For Roof Surfacing |
| CP 12 18 10 12 | Loss Payable Provisions |
| CP 15 31 10 12 | Ordinance Or Law - Increased Period Of Restoration |
| CP 15 45 10 12 | Utility Services - Time Element |
| CP 70 23 10 01 | Personal Property Leased |
| CP 70 24 10 12 | Contingent Replacement Cost |
| CP 70 27 10 12 | Agreed Value |
| CP 70 47 10 13 | Equipment Breakdown |
| CP 70 50 09 00 | Texas Changes - Equipment Breakdown |
| CP 88 03 10 01 | False Pretense Extension For Stock |
| CP 88 10 10 12 | Extended Recovery Endorsement – Buildings |

**Change effective 12/30/2020**
CP 89 01 10 14

2518259
Sentry Select Insurance Company
00002 000000000 2(000 0 N

02a02cd3-6e44-496b-e44e-d7u353da8894

POLICY NUMBER: 2518256002

| Form/Endorsement Number and Edition Date | Form/Endorsement Title |
|---|---|
| CP 88 11 10 12 | Dealers Broadened Building And Personal Property Coverage |
| CP 88 12 10 12 | Dealers Broadened Annual Business Income Coverage |
| IL 02 75 11 13 | Texas Changes - Cancellation And Nonrenewal Provisions For Casualty Lines And Commercial Package Policies |
| IL 09 53 01 15 | Exclusion Of Certified Acts Of Terrorism |
| IL 09 95 01 07 | Conditional Exclusion Of Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act) |
| IL 70 11 10 12 | Coverage Extension - Theft Damage To Buildings |
| IL 70 26 07 13 | Multiple Line Occurrence Deductible |
| IL 70 40 10 12 | Exclusion Of Certain Computer-Related Losses |

## COVERAGES

### PREMISES NO.: 1     BUILDING NO.: 1

| Coverage | Limit of Insurance | Covered Causes Of Loss | Coinsurance | Deductible |
|---|---|---|---|---|
| Your Business Personal Property | Blanket 1, See Blanket Limits Schedule | Special Including Theft Equipment Breakdown | 90% | $5,000 |

Optional Coverages

Agreed Value
Contingent Replacement Cost

| Coverage | Limit of Insurance | Covered Causes Of Loss | Coinsurance |
|---|---|---|---|
| Business Income (And Extra Expense) Coverage: Other Than Rental Value | Actual Loss Sustained 12 Months | Special Including Theft Equipment Breakdown | |

Optional Coverages
Extended Period of Indemnity     90 days

### PREMISES NO.: 2     BUILDING NO.: 1

| Coverage | Limit of Insurance | Covered Causes Of Loss | Coinsurance | Deductible |
|---|---|---|---|---|
| Building | $8,799,000 | Special Including Theft Equipment Breakdown | | $5,000 |

Optional Coverages

Extended Recovery

Change effective 12/30/2020
CP 89 01 10 14
01/08/2021

POLICY NUMBER: 2518256002

## COVERAGES

| Coverage | Limit of Insurance | Covered Causes Of Loss | Coinsurance | Deductible |
|---|---|---|---|---|
| Your Business Personal Property | Blanket 1, See Blanket Limits Schedule | Special Including Theft Equipment Breakdown | 90% | $5,000 |

Optional Coverages

Agreed Value
Contingent Replacement Cost

| Coverage | Limit of Insurance | Covered Causes Of Loss | Coinsurance | |
|---|---|---|---|---|
| Business Income (And Extra Expense) Coverage: Other Than Rental Value | Actual Loss Sustained 12 Months | Special Including Theft Equipment Breakdown | | |

Ordinance or Law - Increased Period of Restoration Applies

Optional Coverages
Extended Period of Indemnity    90 days

## BLANKET LIMITS SCHEDULE

| Blanket No. | Blanket Limit of Insurance |
|---|---|
| 1 | $2,379,000 |

## COMMERCIAL PROPERTY POLICY OPTIONAL COVERAGES

Dealers Broadened Building And Personal Property Coverage Endorsement
Direct Loss Blanket Limit          $25,000                                    Per Building Per Occurrence

Dealers Broadened Annual Business Income Coverage Endorsement
Indirect Loss Blanket Limit        $25,000                                    Per Building Per Occurrence

Utility Services - Time Element Endorsement

| Premises No. | Building No. | Causes Of Loss Form Applicable | Earthquake Coverage | Utility Service Limit of Insurance | Described Utility Service(s) Only applies to the services Listed |
|---|---|---|---|---|---|
| 1 | 1 | Special | No | $351,918 | Power Supply - Including Overhead Transmission Lines |
| | | | | | Water Supply |
| | | | | | Communications Supply - Including Overhead Transmission Lines |
| 2 | 1 | Special | No | $351,918 | Communications Supply - Including Overhead Transmission Lines |
| | | | | | Power Supply - Including Overhead Transmission Lines |
| | | | | | Water Supply |

Change effective 12/30/2020
CP 89 01 10 14
2518256
Sentry Select Insurance Company
0002 0000000000 21856 0 N          82c203d3-6644-49bb-pddo-d7a353dee394

POLICY NUMBER: 2518256002

**COMMERCIAL PROPERTY POLICY OPTIONAL COVERAGES**

Limitations On Coverage For Roof Surfacing

| Premises No. | Building No. | Indicate Applicability (Paragraph A. and/or Paragraph B.) |
|---|---|---|
| 2 | 1 | Paragraph B |

# Exhibit "C"

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;

2. Pollutant Clean-up And Removal;

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance – Building 1: | $ | 60,000 |
| Limit of Insurance – Building 2: | $ | 80,000 |
| Loss to Building 1: | $ | 60,100 |
| Loss to Building 2: | $ | 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
–      250
$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:
$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | | |
|---|---|---|
| Loss to Building 1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building 2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable – Building 1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable – Building 2: | $ | 80,000 |
| (Limit of Insurance) | | |
| Total amount of loss payable: | $ | 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Abandonment

There can be no abandonment of any property to us.

2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. Duties In The Event Of Loss Or Damage

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

© Insurance Services Office, Inc., 2011

# Exhibit "D"

# BARRETT

## JAGUAR LAND ROVER BOERNE

August 2, 2021

        Sentry Select Insurance
        Attn: Eric Dombrowski- Claims Representative
        1800 N. Point Dr.
        Stevens Point, WI 54481

Insured:     Barrett Motor Imports, Ltd
        Attn: Dale Haines-General Manager
        32120 IH 10 W.
        Boerne, Texas 78006

Loss Location- Same
Policy#: 2518256
Claim#: 57F136724
Date of loss: On or about 03/24/2021

Mr. Dombrowski;

Please let this letter act as a request to dispute the value of our loss. We would at this time like to thank you for the advance payment on our claim. WE want all the Roof coverings, and hail damaged HVAC units, exterior wind/Hail damaged Building items, and All Water damaged Interior of our Building repair/replaced at market value addressed at this time. We are in disagreement on what we deem Damaged versus what your opinion is. This is our demand for Indemnification under the Policy provisions. If this demand is NOT met, within 5 days; we then have a disagreement either on Price or scope, and we would then at this time under the Policy provisions request Appraisal.

According to the policy, if either party does not agree with the amount of the loss, the loss can be appraised if either party sends a written demand of a dispute and demands appraisal. By this letter, estimate, and according to the foregoing, I am demanding appraisal per the insurance policy. We have named our appraiser as: Mickey L. Jones

                    624 W. University Dr. Ste#272
                    Denton, Texas 76201
                    Cell- 940-367-4632
                    Email-mickey@appraisers4u.com

for our appraisal process. Please have your appraiser who will be handling this appraisal make immediate contact with our appraiser regarding this claim; PER POLICY PROVISIONS. within the 20-day time limit; as in 15 days later our Appraiser will go before a District Judge name an umpire and will go to Appraisal with or without you. I am aware that I will pay my appraiser and ½ of the umpire fee.

# Exhibit "E"



**RICKEY CONRADT INTERNATIONAL, INC**
448 Elm Creek Rd., New Braunfels, TX 78132
TDI#2505600 ENT#84-5156215
Cell-512-800-3614 email-rickey@mailrci.com

| CLAIM NO.: 57F136724-223 | Reinspection☐ | INSURED |
|---|---|---|
| **Policy No.:** Sentry-2518256 | | Dale Haines (Motor Imports LTD) |
| **Date of Loss:** 03/23/2021   12:00 AM | | 32120 IH 10 West |
| **Type of Loss:** Wind/Hail | | Boerne TX 78006 |
| **Deductible:** $5,000.00 | | Home phone: |
| **Year Built:**   Cat No.: | | Business phone: |
| | | Mobile phone: |
| **Adjuster:** | | Bus. Fax: |
| **Phone:** | | Contact: |
| **Email:** rickey@mailrci.com | | Loss address: |
| | | 32120 IH 10 West |
| | | Boerne TX 78006 |

**Status:** Claim Opened     **Age:** 153d ...     **Assignees:**
**Originated:** 07/15/2021, 3:01 PM     by

| DATES | | POLICY INFO | | | |
|---|---|---|---|---|---|
| Created: 08/2/2021 | Assigned: | **Policy Type:** | | | |
| Received: | Contacted: | Renewed:   time(s) | | | |
| Inspected: | Estimated: | Effective from:   to: | | | |
| Approved: | Job Started: | Coverage | Limits | Deductible | Reserve |
| Completed: | Closed: | | | | |
| Overall risk condition: | | | | | |

INITIAL REPORT

CAUSE

DAMAGES

CONTRACTORS



**RICKEY CONRADT INTERNATIONAL, INC**
448 Elm Creek Rd., New Braunfels, TX 78132
TDI#2505600 ENT#84-5156215
Cell-512-800-3614 email-rickey@mailrci.com

| Description | Quantity | Unit Price | Per | Total Cost |
|---|---|---|---|---|
| **ESTIMATE: Structure (Appraisers)   Claim #57F136724-223, Mr. Dale Haines and General Manager (Motor Imports LTD)** | | | | |
| ☐ In progress | | | | |
| **⊟ ROOFPLAN: Roofplan** | | | | |
| **⊟ Roof** | | | | |
| Roof area: 15,601.83 SF   Squares: 156.0 SQ        Soffit: 858.51 SF | | | | |
| Gutters: 433.24 LF        Ridge: 0.00 LF | | | | |
| Valley: 0.00 LF        Hip rafter: 0.00 LF | | | | |
| 1 TPO Roofing, 80 mil, Fully Adhered - Remove | 156.02 | $89.56 | SQ | $13,973.15 |
| 2 TPO Roofing, 80 mil, Fully Adhered - Replace | 171.62 | $455.56 | SQ | $78,183.21 |
| ☐ Includes 10% waste on quantity. | | | | |
| 3 Counterflashing (LF) - Remove | 433.24 | $0.56 | LF | $242.61 |
| 4 Counterflashing (LF) - Replace | 454.90 | $6.70 | LF | $3,047.83 |
| ☐ Includes 5% waste on quantity. | | | | |
| 5 Parapet Wall Flashing, PVC - Remove | 433.24 | $3.75 | LF | $1,624.65 |
| 6 Parapet Wall Flashing, PVC - Replace | 454.90 | $26.32 | LF | $11,972.97 |
| ☐ Includes 5% waste on quantity. | | | | |
| 7 Roof Curb, TPO - Remove | 433.24 | $5.11 | LF | $2,213.86 |
| 8 Roof Curb, TPO - Replace | 476.56 | $23.25 | LF | $11,080.02 |
| ☐ Includes 10% waste on quantity. | | | | |
| 9 Insulation, Polyisocyanurate 3 1/2" - Remove | 15,601.83 | $0.33 | SF | $5,148.60 |
| 10 Insulation, Polyisocyanurate 3 1/2" - Replace | 16,381.92 | $3.29 | SF | $53,896.51 |
| ☐ Includes 5% waste on quantity. | | | | |
| ☐ Shows indentations from Hail to the TPO covering.  This will lessen the R-factor of this material and is damaged. | | | | |
| Roof - Subtotal | | | | $181,383.41 |
| **⊟ Roof 2** | | | | |
| Roof area: 6,214.52 SF   Squares: 62.1 SQ        Soffit: 317.00 SF | | | | |
| Gutters: 158.50 LF        Ridge: 0.00 LF | | | | |
| Valley: 0.00 LF        Hip rafter: 0.00 LF | | | | |
| 11 TPO Roofing, 80 mil, Fully Adhered - Remove | 62.15 | $89.56 | SQ | $5,566.15 |
| 12 TPO Roofing, 80 mil, Fully Adhered - Replace | 68.37 | $455.56 | SQ | $31,146.64 |
| ☐ Includes 10% waste on quantity. | | | | |
| 13 Counterflashing (LF) - Remove | 158.50 | $0.56 | LF | $88.76 |
| 14 Counterflashing (LF) - Replace | 166.43 | $6.70 | LF | $1,115.08 |
| ☐ Includes 5% waste on quantity. | | | | |
| 15 Parapet Wall Flashing, PVC - Remove | 158.50 | $3.75 | LF | $594.38 |
| 16 Parapet Wall Flashing, PVC - Replace | 166.43 | $26.32 | LF | $4,380.44 |



**RICKEY CONRADT INTERNATIONAL, INC**
448 Elm Creek Rd., New Braunfels, TX 78132
TDI#2505600 ENT#84-5156215
Cell-512-800-3614 email-rickey@mailrci.com

| Description | Quantity | Unit Price | Per | Total Cost |
|---|---|---|---|---|
| **ESTIMATE: Structure (Appraisers)    Claim #57F136724-223  Mr. Dale Haines and General Manager (Motor Imports LTD) Bzz In progress** | | | | |
| Includes 5% waste on quantity. | | | | |
| 17  Roof Curb, TPO - Remove | 158.50 | $5.11 | LF | $809.94 |
| 18  Roof Curb, TPO - Replace | 174.35 | $23.25 | LF | $4,053.64 |
| Includes 10% waste on quantity. | | | | |
| 19  Insulation, Polyisocyanurate 3 1/2" - Remove | 6,214.52 | $0.33 | SF | $2,050.79 |
| 20  Insulation, Polyisocyanurate 3 1/2" - Replace | 6,525.25 | $3.29 | SF | $21,468.08 |
| Includes 5% waste on quantity. | | | | |
| Shows indentations from Hail to the TPO covering.  This will lessen the R-factor of this material and is damaged. | | | | |
| **Roof 2 - Subtotal** | | | | **$71,273.90** |

**Roof 3**

Roof area:  4,700.00 SF  Squares:  47.0 SQ    Soffit:  417.34 SF
Gutters: 212.66 LF    Ridge:  0.00 LF
Valley:  0.00 LF    Hip rafter:  0.00 LF

| Description | Quantity | Unit Price | Per | Total Cost |
|---|---|---|---|---|
| 21  TPO Roofing, 80 mil, Fully Adhered - Remove | 47.00 | $89.56 | SQ | $4,209.32 |
| 22  TPO Roofing, 80 mil, Fully Adhered - Replace | 51.70 | $455.56 | SQ | $23,552.46 |
| Includes 10% waste on quantity. | | | | |
| 23  Counterflashing (LF) - Remove | 212.66 | $0.56 | LF | $119.09 |
| 24  Counterflashing (LF) - Replace | 223.29 | $6.70 | LF | $1,496.04 |
| Includes 5% waste on quantity. | | | | |
| 25  Parapet Wall Flashing, PVC - Remove | 212.66 | $3.75 | LF | $797.48 |
| 26  Parapet Wall Flashing, PVC - Replace | 223.29 | $26.32 | LF | $5,876.99 |
| Includes 5% waste on quantity. | | | | |
| 27  Roof Curb, TPO - Remove | 212.66 | $5.11 | LF | $1,086.69 |
| 28  Roof Curb, TPO - Replace | 233.93 | $23.25 | LF | $5,438.88 |
| Includes 10% waste on quantity. | | | | |
| 29  Insulation, Polyisocyanurate 3 1/2" - Remove | 4,700.00 | $0.33 | SF | $1,551.00 |
| 30  Insulation, Polyisocyanurate 3 1/2" - Replace | 4,935.00 | $3.29 | SF | $16,236.15 |
| Includes 5% waste on quantity. | | | | |
| Shows indentations from Hail to the TPO covering.  This will lessen the R-factor of this material and is damaged. | | | | |
| **Roof 3 - Subtotal** | | | | **$60,364.10** |



**RICKEY CONRADT INTERNATIONAL, INC**
448 Elm Creek Rd., New Braunfels, TX 78132
TDI#2505600 ENT#84-5156215
Cell-512-800-3614 email-rickey@mailrci.com

| Description | Quantity | Unit Price | Per | Total Cost |
|---|---|---|---|---|
| ESTIMATE: Structure (Appraisers)   Claim #57F136724-223; Mr. Dale Haines and General Manager (Motor Imports LTD) | | | | |
| In progress | | | | |

**Roof 4**

Roof area: 18,786.75 SF   Squares: 187.9 SQ   Soffit: 664.16 SF
Gutters: 332.09 LF   Ridge: 0.00 LF
Valley: 0.00 LF   Hip rafter: 0.00 LF

| Description | Quantity | Unit Price | Per | Total Cost |
|---|---|---|---|---|
| 31  TPO Roofing, 80 mil, Fully Adhered - Remove | 187.87 | $89.56 | SQ | $16,825.64 |
| 32  TPO Roofing, 80 mil, Fully Adhered - Replace | 206.66 | $455.56 | SQ | $94,146.03 |
|  Includes 10% waste on quantity. | | | | |
| 33  Counterflashing (LF) - Remove | 332.09 | $0.56 | LF | $185.97 |
| 34  Counterflashing (LF) - Replace | 348.69 | $6.70 | LF | $2,336.23 |
|  Includes 5% waste on quantity. | | | | |
| 35  Parapet Wall Flashing, PVC - Remove | 332.09 | $3.75 | LF | $1,245.34 |
| 36  Parapet Wall Flashing, PVC - Replace | 348.69 | $26.32 | LF | $9,177.52 |
|  Includes 5% waste on quantity. | | | | |
| 37  Roof Curb, TPO - Remove | 332.09 | $5.11 | LF | $1,696.98 |
| 38  Roof Curb, TPO - Replace | 365.30 | $23.25 | LF | $8,493.23 |
|  Includes 10% waste on quantity. | | | | |
| 39  Insulation, Polyisocyanurate 3 1/2" - Remove | 18,786.75 | $0.33 | SF | $6,199.63 |
| 40  Insulation, Polyisocyanurate 3 1/2" - Replace | 19,726.09 | $3.29 | SF | $64,898.84 |
|  Includes 5% waste on quantity. | | | | |
|  Shows indentations from Hail to the TPO covering.  This will lessen the R-factor of this material and is damaged. | | | | |
| Roof 4 - Subtotal | | | | $205,205.41 |
| **Roofplan - Subtotal** | | | | **$518,226.82** |

**ROOFPLAN: Rooftop-HVAC**

**Roof**

Roof area: 192.00 SF   Squares: 1.9 SQ   Soffit: 96.00 SF
Gutters: 56.00 LF   Ridge: 0.00 LF
Valley: 0.00 LF   Hip rafter: 0.00 LF

| Description | Quantity | Unit Price | Per | Total Cost |
|---|---|---|---|---|
| 41  Central Air System 5 Ton - Remove | 17 | $826.54 | EA | $7,251.18 |
| 42  Central Air System 7 Ton - Replace | 17 | $9,257.13 | EA | $157,371.21 |
| 43  Crane, per Hour 30,000 lbs. | 48 | $183.41 | HR | $8,803.68 |
| 44  Evac & Recharge A/C System R-22 | 17 | $408.82 | EA | $6,949.94 |
| Roof - Subtotal | | | | $180,376.01 |
| **Rooftop-HVAC - Subtotal** | | | | **$180,376.01** |



**RICKEY CONRADT INTERNATIONAL, INC**
448 Elm Creek Rd., New Braunfels, TX 78132
TDI#2505600 ENT#84-5156215
Cell-512-800-3614 email-rickey@mailrci.com

| Description | Quantity | Unit Price | Per | Total Cost |
|---|---|---|---|---|
| **ESTIMATE: Structure (Appraisers)    Claim #57F136724-223; Mr. Dale Haines and General Manager (Motor Imports LTD)** | | | | |
| In progress | | | | |

**EXTERIOR PLAN: Exterior Plan**

Exterior Plan

Exterior: 100.00 SF

Subtractions: 0.00 SF

| | Description | Quantity | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| 45 | Garage Door, 1 Section, 16'X7' Metal, Insulated - Remove | 2 | $33.25 | EA | $66.50 |
| 46 | Garage Door, 1 Section, 16'X7' Metal, Insulated - Replace | 2 | $444.37 | EA | $888.74 |
| | Exterior Plan - Subtotal | | | | $955.24 |

**Exterior Plan - Subtotal** — **$955.24**

**FLOORPLAN: General Conditions**

General Items

| | Description | Quantity | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| 47 | Dumpster 40 Yard | 10 | $749.52 | EA | $7,495.20 |
| 48 | Permits & Fees | 1 | $675.00 | LS | $675.00 |
| 49 | Forklift, Telescoping Boom, 3-4 ton, Rental rate, Per week | 20 | $878.00 | EA | $17,560.00 |
| 50 | Temporary OHSA roof Perimeter Fence (per WK) | 2 | $165.90 | EA | $331.80 |
| | Excluded market conditions from Tax-Commercial calculation. | | | | |
| 51 | Minimum Charge, OSHA, Equipment Rental | 1 | $680.50 | LS | $680.50 |
| | Excluded market conditions from Tax-Commercial calculation. | | | | |
| 52 | Site Supervision / Project Management | 80 | $63.28 | HR | $5,062.40 |
| | General Items - Subtotal | | | | $31,804.90 |

**General Conditions - Subtotal** — **$31,804.90**



**RICKEY CONRADT INTERNATIONAL, INC**
448 Elm Creek Rd., New Braunfels, TX 78132
TDI#2505600 ENT#84-5156215
Cell-512-800-3614 email-rickey@mailrci.com

**ESTIMATE:** Structure (Appraisers)     Claim #57F136724-223  Mr. Dale Haines and General Manager (Motor Imports LTD)
In progress

| MATERIALS | Quantity | Purchase Qty | Total |
|---|---|---|---|
| Central Air System 7 Ton (Replace) | 17 EA | n/a | $96,541.30 |
| Counterflashing (LF) (Replace) | 1,193.31 LF | n/a | $6,705.41 |
| Dumpster 40 Yard | 10 EA | n/a | $7,495.20 |
| Evac & Recharge A/C System R-22 | 17 EA | n/a | $2,764.03 |
| Garage Door, 1 Section, 16'X7' Metal, Insulated (Replace) | 2 EA | n/a | $721.38 |
| Insulation, Polyisocyanurate 3 1/2" (Replace) | 47,568.26 SF | n/a | $104,174.49 |
| Minimum Charge, OSHA, Equipment Rental | 1 LS | n/a | $5.50 |
| Parapet Wall Flashing, PVC (Replace) | 1,193.31 LF | n/a | $19,665.75 |
| Roof Curb, TPO (Replace) | 1,250.14 LF | n/a | $9,501.12 |
| TPO Roofing, 80 mill, Fully Adhered (Replace) | 498.35 SQ | n/a | $137,420.03 |
| | | | $385,395.21 |

| LABOR | Quantity | Rate | Total |
|---|---|---|---|
| 1 CARPENTER | ~4.07 hrs | $57.53 | $233.86 |
| 1 ENGNR | ~12.36 hrs | $54.60 | $675.00 |
| 1 HVAC TECHNICIAN | ~1,064.09 hrs | $63.98 | $68,081.09 |
| 1 LABORER | ~9.23 hrs | $29.39 | $271.34 |
| 1 LABORER | ~20.57 hrs | $32.81 | $675.00 |
| 1 PLUMBER | ~64.26 hrs | $65.14 | $4,185.91 |
| 1 PROJECT SUPERVISOR | ~80.00 hrs | $63.28 | $5,062.40 |
| 1 ROOFER | ~3,761.48 hrs | $57.47 | $216,429.59 |
| 1 ROOFER & 1 LABORER | ~14.21 hrs | $45.14 | $636.43 |
| 1 SHEET METAL WORKER | ~23.27 hrs | $55.58 | $1,288.77 |
| | ~5,053.54 hrs | | $297,539.39 |

| EQUIPMENT | Quantity | Total |
|---|---|---|
| Crane, per Hour 30,000 lbs. | 48 HR | $8,803.68 |
| Forklift, Telescoping Boom, 3-4 ton, Rental rate, Per week | 20 EA | $17,560.00 |
| Insulation, Polyisocyanurate 3 1/2" (Replace) | 47,568.26 SF | $5,708.19 |
| Temporary OHSA roof Perimeter Fence (per WK) | 2 EA | $60.46 |
| TPO Roofing, 80 mill, Fully Adhered (Replace) | 498.35 SQ | $16,296.04 |
| | | $48,428.37 |



**RICKEY CONRADT INTERNATIONAL, INC**
448 Elm Creek Rd.,New Braunfels, TX 78132
TDI#2505600 ENT#84-5156215
Cell-512-800-3614 email-rickey@mailrci.com

**ESTIMATE:** Structure (Appraisers)    Claim #57F136724-223, Mr. Dale Haines and General Manager (Motor Imports LTD) in progress.

| | |
|---|---:|
| Total Materials: | $385,395.21 |
| Total Labor: | $297,539.39 |
| Total Equipment: | $48,428.37 |
| Total Market Conditions: | $0.00 |
| Subtotal: | $731,362.97 |
| | |
| Tax -Commercial 8.250% (applies to materials, labor, equipment and market conditions, some items overridden): | $60,337.43 |
| Subtotal: | $791,700.40 |
| | |
| Add 10.00% overhead: | $73,136.29 |
| Subtotal: | $864,836.69 |
| Add 10.00% profit: | $80,449.97 |
| Estimate Subtotal: | $945,286.66 |
| | |
| Deductible ($5,000.00)> | $(5,000.00) |
| Estimate Total: | $940,286.66 |

Finalization

# Exhibit "F"

# Rickey Conradt, International, Inc.
## Texas Public Adjusters#2505600
448 Elm Creek Rd., New Braunfels, Texas 78132
Phone-512-800-3614  Fax-866-204-4373
Federal Tax ID#-84-5156215

July 29, 2021

TO:   Sentry Select Insurance
      Attn:  Eric Dombrowski-Claims
      1800 N. Point Dr.
      Stevens Pint, WI   54481

RE:    Insured:  Motor Imports Ltd
                  Attn:  Dale Haines-GM
                  32120 IH 10 W
                  Boerne, Texas 78006

       Kind:     Wind/Hail
       DOL:      03-23-2021
       Claim #:  57F/36724

Mr. Dombrowski,

       This letter is in reference to the above-mentioned Claim.  This letter is to identify
Rickey Conradt International as having an employment assignment contract with the
named insured above. This assignment is further proved by the employment agreement
signed by the insured and a licensed Texas Public Adjuster forwarded to you and your
company via email July 29, 2021. Please, have your assigned adjuster contact me for
inspection and disposition on this claim.

       Also, under this assignment, please include Rickey Conradt International-Public
Adjuster, on any and all drafts issued pertaining to this Claim per Texas State licensing
authority.  Failure to add Rickey Conradt International Public Adjuster to any and ALL
drafts, and there is any difficulty in obtaining compensation it will be the insurance
companies' financial responsibility to cover any and all expenses incurred to receive
payment from your insured party.

Sincerely,

Rickey G. Conradt
Texas Public Adjuster#1266865

# Sworn Statement in Proof of Loss

57F136724
Claim Number

251825256002
POLICY NUMBER

DATE ISSUED

AGENCY AT

DATE EXPIRES

AGENT/BROKER

To the Sentry Select Insurance Co.  At time of loss, by the above indicated policy of insurance you insured Motor Imports LTD. against loss by risks of direct physical loss to the property described under schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A Wind/Hail loss occurred about the hour of _07_ o'clock PM., on the 23 day of March 2021. The cause and origin of said loss were: Wind/Hail

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: Automobile Dealer.

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was owner.    No other person or persons had any interest therein or incumbrance thereon, except

   **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: [                N/A      ].

4. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, Building,                      as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

5. The Whole Loss and Damage was                                         $945,286.66
6. Less Depreciation                                                      $<45,286.66>
7. Less Amount of Deductible                                              $<5,000.00>
8. The Amount Claimed ACV under the above number policy                   $895,000.00

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said Company as to the extent of said loss, has in any manner been made.  Any other information that may be required will be furnished and considered a part of this proof.

**Warning:** Any person who knowingly, and with intent to injure, defraud, or deceive any insurer, makes any claim for the proceeds of an insurance policy, containing any false, incomplete or misleading information, is guilty of a felony.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

Insured Signature

STATE OF

COUNTY OF                        by                                      INSURED

Subscribed and sworn to before me this                  day of                        20

My term Expires                     20

NOTARY PUBLIC

EXHIBIT B

**CITATION**
PERSONAL SERVICE
*********************

DEFENDANT'S COPY

Clerk of the Court
Dawn Kay Lantz, District Clerk
700 Main St., Ste. 236
Kerrville, TX 78028

Attorney for Plaintiff
Thomas D Jones
Law Offices of Thomas D Jones PC
608 Broadway
San Antonio TX 78215

********************************************************************************

TO:   Insurance Company
      Registered Agent CT Corporation System
      1999 Bryan Street Suite 900
      Dallas TX 75201

**DEFENDANT- GREETING**
********************************************************************************

THE STATE OF TEXAS:                                    CAUSE NO.: 2299B

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney
does not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next
following the expiration of 20 days after the date you were served this citation and petition, a default
judgment may be taken against you. In addition to filing a written answer with the clerk, you may be
required to make initial disclosures to the other parties of this suit. These disclosures generally must be
made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

You are commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00
o'clock A.M. on the Monday next after the expiration of 20 days after the date of service hereof, before
the Honorable 198th District Court of Kerr County, Texas. Said petition was filed 02/16/2022 on the
docket of said court and styled,

IN RE: POLICY OF INSURANCE NO. 2518266 BY AND BETWEEN SENTRY SELECT INSURANCE
COMPANY, INSURER, AND MOTOR IMPORTS LTD

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition
accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the
mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Kerrville, Texas on this the 17th day of
February, 2022.

              **DAWN KAY LANTZ, DISTRICT CLERK**
              198th District Court
              Kerr County, Texas

              By_____ Deputy
                 Jessica Salinas